UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01028-WYD
Criminal Action No. 12-cr-00285-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TYRONE WILLIAM HICKS

      Defendant.

## ORDER

After preliminary consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [ECF Doc. No. 50], it is hereby

ORDERED that the United States Attorney on or before Monday, June 2, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: May 2, 2014.

                                BY THE COURT:

                                /s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                SENIOR UNITED STATES DISTRICT JUDGE