IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00285-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   TYRONE HICKS,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO REDUCE SENTENCE
PURSUANT TO 18 U.S.C. § 3582**

---

This matter is before the Court on the Defendant's Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582.   Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);   2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;   3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

        Previous Offense Level:        23
        Criminal History Category:     VI
        Previous Guideline Range:     92-115 months

        Amended Offense Level:       21
        Criminal History Category:     VI
        Amended Guideline Range:     77-96 months

It is further ordered that Defendant's Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (ECF No. 58), filed April 8, 2015, is **GRANTED.**  Taking into account the factors set forth in 18 U.S.C. §3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 92 months imprisonment is reduced to **77 months** on counts one through five, to be served concurrently, EFFECTIVE November 1, 2015.

All other provisions of the Judgment entered on April 10, 2013, shall remain in effect.

Dated:   April 16, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE